## **STATEMENT OF FACTS**

On March 11, 2014, the defendants Kevin Austin and Earl Morgan and two other individuals were traveling in a van that had been reported stolen earlier that evening. Uniformed members of the United States Park Police were on patrol in marked police cars and attempted to stop the stolen van. After a high speed chase the van came to a stop in front of 1844 Central Place, N.E., Washington, D.C. The defendants Morgan and Austin and the other two men exited the vehicle and began to run on foot. The defendant Austin ran from the van carrying a loaded Cobray 9mm semi-automatic pistol and a shot was fired in the direction of the United States Park Police officers. The defendants then ran into an alley and Austin dropped the Cobray 9mm pistol to the ground where it was recovered by the officers. The officers chased the defendants and the other two men into an apartment building located at 1853 Kendall Street, N.E., Washington, D.C., where they were detained on a second floor landing. The defendant Morgan was seated on the landing leaning back on a loaded Glock 23, .40 caliber pistol and a loaded Smith and Wesson .38 caliber revolver. The four men were placed under arrest and 9 ziplock bags of crack cocaine and a quantity of marijuana was recovered from Morgan's person. A portion of the white rock like substance field tested positive for cocaine base. The approximate weight of the white rock like substance recovered indicated that the white rock like substance were going to be sold to others rather than used exclusively by the defendant. To the best of the undersigned officer's knowledge, defendant Earl Morgan has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court for the District of Columbia, Criminal Case No. 2010-CF3-006971. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime.

_____
OFFICER YELIZ KADIEV
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF MARCH, 2014.

_____
U.S. MAGISTRATE JUDGE